**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JORGE G. JUANI,        )<br>          Plaintiff,         )<br>                              )<br>vs.                           )<br>                              )<br>JUANI J. ALONSO and  )<br>ALONSO CONSTRUCTION, INC.,  )<br>          Defendants,      )<br>                              ) | **CIVIL ACTION**<br>**NO. 09-40070-FDS** |

<u>**ORDER ON ALONSO'S MOTION TO COMPEL FURTHER ANSWERS**</u>
<u>**TO INTERROGATORIES AND REQUEST FOR HEARING (DOCKET NO. 25)**</u>

**March 26, 2010**

**HILLMAN, M.J.**

The Defendant's motion is granted. The Plaintiff is to supplement his answers to the interrogatories within fourteen (14) days of the date of this Order.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
U.S. MAGISTRATE JUDGE
