**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JORGE G. JUANI,                              ) | |
|          Plaintiff,                                  ) | |
|                                                           ) | |
| vs.                                                    ) | **CIVIL ACTION** |
|                                                           ) | **NO. 09-40070-FDS** |
| JUANI J. ALONSO and                       ) | |
| ALONSO CONSTRUCTION, INC.,      ) | |
|          Defendants,                              ) | |

**ORDER ON PLAINTIFF'S CROSS MOTION TO COMPEL**
**DEFENDANTS' RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**
**(DOCKET NO. 28)**

**March 26, 2010**

**HILLMAN, M.J.**

The Plaintiff's Cross Motion to Compel Defendants' Responses to Requests for Production of Documents (Docket No. 28) is denied without prejudice to renew after review of the recently served documents. Counsel are reminded of their obligations to meet and confer under Local Rule 37.1.

                                                           /s/Timothy S. Hillman
                                                           TIMOTHY S. HILLMAN
                                                           U.S. MAGISTRATE JUDGE